UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANISA JOSEFINA LANZARO-BRUNSTEIN,<br><br>Plaintiff,<br><br>-against-<br><br>AUTHOR REPRESENTATION PRESS LLC,<br><br>Defendant. | 26-CV-3049 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this *pro se* action for copyright infringement under 17 U.S.C. § 501. Named as Defendant is Author Representation Press LLC, a publishing company based in Canton, Massachusetts. For the following reasons, the Court transfers this action under 28 U.S.C. § 1406 to the United States District Court for the District of Massachusetts.

## DISCUSSION

A civil action for copyright infringement "may be instituted in the district in which the defendant or his agent resides or may be found." 28 U.S.C. § 1400(a).

Plaintiff alleges that Defendant (1) exceeded its limited authorization from Plaintiff by "monetizing, distributing, and exploiting" Plaintiff's work, (2) "sold [Plaintiff's] work via Amazon, Barnes & Noble, and other retailers," and (3) "created and distributed video and audio recordings online and via radio." (ECF 1 at 1.) Plaintiff pleads that Defendant resides at 45 Dan Road, Suite 5, Canton, MA 02021; she does not plead any facts suggesting Defendant "resides or may be found" in the Southern District of New York.

Under 28 U.S.C. § 1406, if a plaintiff files a case in the wrong venue, the Court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Defendant resides in Canton, Massachusetts,

which is in the District of Massachusetts. *See* 28 U.S.C. § 101. Accordingly, venue lies in the District of Massachusetts, 28 U.S.C. § 1400(a), and in the interest of justice, the Court transfers this action to the United States District Court for the District of Massachusetts, 28 U.S.C. § 1406(a).

### CONCLUSION

The Clerk of Court is directed to transfer this action to the United States District Court for the District of Massachusetts. A summons shall not issue from this court. This order closes this case.[1]

The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    May 29, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

[1] Plaintiff paid the filing fees in this court on May 8, 2026.

2