AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-03049-LTS**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Author Reputation Press LLC / CEO Michael Kravitz**
was received by me on  **6/01/2026:**

☐   I personally served the **SUMMONSES; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CEO Michael Kravitz**, who is designated by law to accept service of process on behalf of **Author Reputation Press LLC / CEO Michael Kravitz** at **1108 Vernon St, Bridgewater, MA 02324** on **06/02/2026 at 4:53 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:   06/02/2026

_____
*Server's signature*

**Steven Ceppi**
*Printed name and title*

**11 WIGWAM CIRCLE
ARLINGTON, MA 02474**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONSES; COMPLAINT,  to CEO Michael Kravitz, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0226088158**